HALLAHAN et al. v. CARPENTER.

(Supreme Court, Appellate Term. November 11, 1910.)

INNKEEPERS (§ 12*)—COMPENSATION—ACTION—SUFFICIENCY OF EVIDENCE.

    In an action by assignees on a claim for room rent and sundries alleged to be due the proprietors of a hotel, evidence *held* insufficient to authorize recovery.

    [Ed. Note.—For other cases, see Innkeepers, Cent. Dig. § 41; Dec. Dig. § 12.*]

Appeal from Municipal Court, Borough of Manhattan, Seventh District.

Action by John Hallahan and another against Morris Carpenter. Judgment for plaintiffs, and defendant appeals. Reversed, and new trial ordered.

Argued before SEABURY, PAGE, and BIJUR, JJ.

Churchill & Marlow (Abram Ellenbogen, of counsel), for appellant.

PAGE, J. The plaintiffs, as assignees, sued on a claim for room rent and sundries alleged to be due to the proprietors of a hotel. The evidence of the assignment was a statement of one of the plaintiffs that all the hotel accounts had been assigned to them and that this claim appeared upon the books. The bookkeeper, who had been employed by the plaintiffs, testified that he prepared a bill from the books and presented it to the defendant, who stated it was all wrong. The books were in court, but were not offered in evidence; nor was any proof given as to the facts upon which the claim was based. There was, therefore, a complete failure of proof, and defendant's motion to dismiss the complaint should have been granted.

The judgment should be reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.